UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM INMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2350 RWS |
| ) | |
| KENNETH STRANGE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to amend their pro se complaint. Plaintiffs seek leave to amend their complaint to cure deficiencies identified by defendants in their motions to dismiss. This is plaintiffs' first request to amend their complaint. This case was filed in December of 2005, and no case management order has been entered. Under these circumstances and in the interests of justice, I will exercise my discretion and grant plaintiffs' motion to amend. Plaintiffs shall file their amended complaint by no later April 10, 2006. Plaintiffs are reminded that their amended complaint should contain **"a short and plain statement of the claim . . ."** under Rule 8 of the Federal Rules of Civil Procedure. Because I am granting plaintiffs leave to amend their complaint, all pending motions to dismiss will be denied as moot. For this reason, plaintiffs' request for an extension of time to file a response to the motions to dismiss will also be denied as

moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file an amended complaint [#58] is granted, and plaintiffs shall file their amended complaint **no later than April 10, 2006.**

**IT IS FURTHER ORDERED** that all pending motions to dismiss [#42, #45, #48, #54] are denied as moot.

**IT IS FURTHER ORDERED** that plaintiffs' motion for an extension of time [#59] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March , 2006.