UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM INMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2350 RWS |
| ) | |
| KENNETH STRANGE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER APPOINTING COUNSEL

**IT IS HEREBY ORDERED** that **James G. Martin's oral motion to withdraw as appointed counsel for plaintiffs is granted, and Christopher A. Smith, Husch and Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, Missouri 63105 is appointed to represent plaintiffs in this matter. The Clerk of the Court shall provide a complete copy of the file to appointed counsel at no cost to counsel.**

**IT IS FURTHER ORDERED** that appointed counsel is granted forty-five days from the date of this Order to review the pleadings and file an amended complaint or otherwise respond to the pending motions to dismiss.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this   11th   day of September, 2006.